In the Matter of the Accounting of I. Arthur Rosenberg et al., as Executors of Davis Kessler, Deceased. Samuel H. Cohen, Appellant; I. Arthur Rosenberg et al., as Executors under the Joint Will of Davis Kessler, Deceased, and Another, Deceased, Respondents.— The two orders entered on December 26, 1950, and the order entered June 5, 1951, unanimously affirmed. The decree entered June 8, 1951, unanimously affirmed, with one bill of costs payable to the respondents by appellant personally. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ. [See *post*, p. 921.]

## (June 11, 1952.)

### (Republish.)

In the Matter of the Construction of the Will of Berta von Isenburg, Deceased. City Bank Farmers Trust Company, as Trustee under the Will of Berta von Isenburg, Deceased, et al., Appellants-Respondents; City Bank Farmers Trust Company, as Trustee under an Assignment Made by Robin B. Cocksedge and Another, Intervener, Appellant; John Lane, as Special Guardian for Murray de Klee and Another, Infants, Respondent-Appellant; Phyllis D. Faille, Intervener, Respondent.— Decree unanimously affirmed, with costs to all parties appearing separately and filing briefs herein payable out of the estate. We think that under the circumstances presented in this case, with correspondence between decedent and the attorneys for the trustee stipulated into evidence, that decedent's letter of January 2, 1939, completing the chain of correspondence and transmitting the will was admissible. We do not rest our decision on this letter, but it does serve explicitly to confirm an intention with respect to the disposition of her property which was implicit in decedent's will and actions. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 279 App. Div. 1070; *post*, p. 920.]

In the Matter of the Accounting of Bank of New York and Fifth Avenue Bank, as Trustee of a Trust for Jennie Moses under the Will of Selig Steinhardt, Deceased. Minnie L. Moses et al., Appellants; Bank of New York and Fifth Avenue Bank, as Trustee of a Trust for Jennie Moses under the Will of Selig Steinhardt, Deceased, and as Executor of Jennie Moses, Deceased, et al., Respondents.— In an abundance of caution, motion for leave to appeal to the Court of Appeals on certified questions, is granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 279 App. Div. 1055.]